IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PETER GIANNAKARIS, | ) | NO.: 19-28076-DDC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DAVID D. CLEARY |
| | ) | |

## **CERTIFICATE OF SERVICE**

TO: SEE ATTACHED ADDRESSES

## **CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of this Order to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on June 4, 2020, with proper postage prepaid.

                                                                                 McCalla Raymer Leibert Pierce, LLC
                                                                                ***/s/ Dana O'Brien***
                                                                                ARDC# 6256415
                                                                                1 N. Dearborn Suite 1200
                                                                                Chicago, IL 60602
                                                                                (312) 346-9088

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604

To Debtor:
Peter Giannakaris  *Served via U.S. Mail*
1300 E Mulberry Ln
Mount Prospect, IL 60056

To Attorney:  *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | )  BANKRUPTCY CASE |
| | ) |
| PETER GIANNAKARIS, | )  NO.: 19-28076-DDC |
| | ) |
| Debtor. | )  CHAPTER 13 |
| | ) |
| | )  JUDGE: DAVID D. CLEARY |
| | ) |

### PENNYMAC LOAN SERVICES, LLC's, NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor PennyMac Loan Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID 19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through June 1, 2020. Creditor holds a secured interest in real property commonly known as 1300 E Mulberry Ln Mount Prospect, IL 60056 as evidenced by claim number 7 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning July 1, 2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with

Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

    Respectfully submitted,
*/s/Dana   O'Brien*
Dana N. O'Brien, IL Bar No. 6256415
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
 Roswell, GA 30076
(678) 281-6444
dana.obrien@mccalla.com