IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PETER GIANNAKARIS, | ) | NO.: 19-28076-DDC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DAVID D. CLEARY |
| | ) | |

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Amended Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on February 8, 2021, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC
***/s/ Dana   O'Brien***
ARDC# 6256415
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File No. BK-018876-19

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>Marilyn O. Marshall<br>224 South Michigan<br>Suite 800<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To Debtor:<br>Peter Giannakaris<br>1300 E Mulberry Ln<br>Mount Prospect, IL 60056 | *Served via U.S. Mail* |
| To Attorney:<br>David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main Street<br>Skokie, IL 60076 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| PETER GIANNAKARIS, | ) NO.: 19-28076-DDC |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: DAVID D. CLEARY |
| | ) |

### PENNYMAC LOAN SERVICES, LLC's, AMENDED NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC

Now comes Creditor PennyMac Loan Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID 19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through June 1, 2020. Debtor has contacted Creditor seeking additional time to forbear mortgage payments that would come due July 1, 2020 through March 1, 2021 for a total of 12 months. Creditor has granted the Debtor's forbearance request. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. Furthermore, Creditor does not waive its rights under other applicable non bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage. Creditor holds a secured interest in real property commonly known as 1300 E Mulberry Ln Mount Prospect, IL 60056 as evidenced by claim number 7-1 on the Court's claim register.

Per the request, Debtor will resume Mortgage payments beginning April 1, 2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

In the event it is not the intent of the Debtor to extend the COVID-19 forbearance period, upon receipt of notification from the Debtor or Debtor's counsel, the forbearance extension will be cancelled and this notice will be withdrawn.

Respectfully submitted,
/s/ *Dana   O'Brien*
Attorney for Creditor
IL Bar No. 6256415
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6444
dana.obrien@mccalla.com