IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| PETER GIANNAKARIS | ) | NO.: 19-28076 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DAVID D. CLEARY |

**<u>NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC</u>**

Now comes PennyMac Loan Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of Forbearance Agreement to the Court regarding the Debtor's request for mortgage payment forbearance based upon a material hardship caused by the COVID-19 pandemic.

The Debtor recently requested an extension of the forbearance period for one month in which the Debtor will not tender mortgage payments to Creditor that would come due on the mortgage starting June 1, 2021 through June 30, 2021.  In the event it is not the intent of the Debtor to extend the COVID-19 forbearance period, upon receipt of notification from the Debtor or Debtor's counsel, the forbearance extension will be cancelled, and this notice will be withdrawn. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends.  Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor or Debtor's counsel to determine when Debtor will be able to resume making

mortgage payments and when/how the Debtor will cure the delinquency created by the forbearance period ("forbearance arrears"). Once the forbearance plan ends and the Creditor and Debtor or Debtor's counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or non-payment of property taxes.

Respectfully Submitted,

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC #6295897
*Counsel for Creditor*
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088

## **CERTIFCATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on June 8, 2021:

To Debtor:
Peter Giannakaris
1300 Mulberry Lane
Mount Prospect, IL 60056
**By U.S. Mail**

To Attorney:
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
**By Electronic Notice through ECF**

To Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
**By Electronic Notice through ECF**

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604
**By Electronic Notice through ECF**

Respectfully Submitted,

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
*Counsel for Creditor*
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602